UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| Andrew R. and Elizabeth M. Schultz, | ) | Case No. 23 B 04691 |
| | ) | |
| Debtor(s) | ) | Judge Jacqueline P. Cox |

ORDER ON APPLICATION FOR
ATTORNEY'S FEES BY COUNSEL FOR DEBTOR(S) - Docket # 13

This matter coming on hearing on Application for Attorney's Fees by counsel for Debtor(s),

**IT IS HEREBY ORDERED** that Application of Debtor's counsel for Attorney's Fees is denied for:

☐ Failure to file Model Retention Agreement or attach it to the Fee Application.

☐ Lack of Debtor's personally signed signature on Amended Model Retention Agreement as required by paragraph II.C.1.b. of Administrative Procedures for the Case Management/Electronic Case Filing System.

☐ Entering into unauthorized amendment to Model Retention Agreement that provides for additional compensation.

☐ Requesting flat fee on basis of Court Approved Retention Agreement though also entered into additional agreement for payment of fees.

☐ Failure to submit correct form of Fee Order.

☐ Failure to use required Chapter 13 Attorney's Fee Application Form.

☐ Failure to file legible Model Retention Agreement.

☐ Failure to request same amount in Application as provided in Model Retention Agreement.

☐ Requesting fees previously allowed.

☐ Failure to provide hearing date on Notice of Motion for fees.

☐ Failure to serve notice of fee hearing on Debtor.

☐ Failure to itemize fees and expenses where the Attorney represents the debtor up to confirmation as the model retention agreement provides for a flat fee where the Attorney represents the Debtor through the conclusion of the case.

☒ Failure to note whether money has been received.

☐ Failure to state whether fees paid to an attorney instead of law firm.

Dated: 8/22/23                          ENTERED: *Jacqueline P. Cox*
                                        J. Cox
                                        _____
                                        **Jacqueline P. Cox**
Revised 11/29/22                        **United States Bankruptcy Judge**